UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILTON WILLIAMS, o*n behalf of himself and others similarly situated*,

                    Plaintiff,

            v.

NM BEAUTY INDUSTRIES NORTH-AMERICA INC.,

                    Defendant.

**ORDER**

25-cv-1830 (ER)

RAMOS, D.J.

    Milton Williams initiated the instant action on March 4, 2025.  A summons was issued on March 5, 2025, but since then, there has been no activity in the case.

    Williams is instructed to submit a status letter by **April 16, 2026**.  Failure to comply could result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m).

    It is SO ORDERED.

Dated: April 9, 2026
      New York, New York

_____
    Edgardo Ramos, U.S.D.J.